# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

129483

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TIMOTHY SMITH and JEANETTE SMITH,
     Plaintiffs-Appellants,

v

JILL MONCZUNSKI,
     Defendant-Appellee.

SC: 129483
COA: 260581
Livingston CC: 01-018376-NO

_____/

On order of the Court, the application for leave to appeal the August 4, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

_____
Clerk

p0419